# IN THE MATTER OF SHUBAEL CONANT, AN ABSENT GRAND JUROR

### 1814

#### JOURNAL ENTRIES

1. Order for citation . . . . . . . . . *Journal, infra*, *p. 416
2. Cause shown; excused . . . . . . . . . . . " 417

#### PAPERS IN FILE

[None]

# UNITED STATES
### v.
# JOHN HARROW

### 1814

#### JOURNAL ENTRIES

1. Indictment returned . . . . . . . *Journal, infra*, *p. 419
2. Discharge . . . . . . . . . . . . . " 419

#### PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . *Printed in Vol. 2*